### CECIL CONNER v. MURIEL CONNER

24 So. (2nd) 579                    January Term, 1946
January 29, 1946                    Division A

*Will O. Murrell,* for appellant.
*T. J. Jennings, Jr.,* for appellee.

PER CURIAM:

The decree appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.